■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILSON, Appellant. [732 NYS2d 584] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 27, 1987 (*People v Wilson,* 129 AD2d 825), affirming a judgment of the Supreme Court, Kings County, rendered June 30, 1983.

(Gary, J.), rendered March 3, 1998, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification evidence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, after suppressing evidence of a belated on-the-scene showup, the Supreme Court properly determined that the prosecution established the existence of an independent basis for the complainant's in-court identification of the defendant (*see, People v Powell,* 273 AD2d 483; *People v Hyatt,* 162 AD2d 713). The complainant's *Wade* hearing (*see, United States v Wade,* 388 US 218) testimony established that she had a sufficiently prolonged, unobstructed view of the defendant both before and during the crime under good lighting conditions, and was able to describe him to police with sufficient specificity.

The defendant's challenge to the legal sufficiency of the evidence adduced at trial is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Santucci, J. P., S. Miller, Luciano and Smith, JJ., concur.